

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 29, 2020

**By ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Emery Celli Brinckerhoff Abady Ward & Maazel, LLP v. United States Department of Justice et al.*, No. 20 Civ. 9917 (AKH)

Dear Judge Hellerstein:

    This Office represents Defendants in the above-captioned Freedom of Information Act ("FOIA") action. I write to respectfully request a brief extension of Defendants' time to respond to the Complaint. Due to the complexity of the factual allegations at issue and the need for the Government to confer with investigating authorities, as well as the intervening holidays, the Government requests an extension of approximately two weeks, and an alignment of the Defendants' answer deadlines, from December 31, 2020, and January 4, 2021 (*see* ECF Nos. 11-12), to January 18, 2021.

    This is the Government's first request for an extension. Plaintiff consents to this request.

    I thank the Court for its consideration of this request.

                                          Respectfully,

                                          AUDREY STRAUSS
                                          Acting United States Attorney for the
                                          Southern District of New York

            By:     /s/ *Lucas Issacharoff*
                         Lucas Issacharoff
                         Assistant United States Attorney
                         86 Chambers Street, Third Floor
                         New York, New York 10007
                         Tel.: (212) 637-2737
                         Email: Lucas.Issacharoff@usdoj.gov